84 So.3d 1074 (2012)
Robert FENN, Appellant,
v.
BANK OF AMERICA, N.A. et al., Appellee.
No. 5D11-4101.
District Court of Appeal of Florida, Fifth District.
February 14, 2012.
Rehearing Denied April 3, 2012.
Robert Fenn, Orlando, pro se.
Nancy M. Wallace, of Akerman Senterfitt, Tallahassee, William P. Heller, of Akerman Senterfitt, Fort Lauderdale, and Michael D. Starks, of Akerman Senterfitt, Orlando, for Appellee.
PER CURIAM.
AFFIRMED. See Fla. R.App. P. 9.315(a).
GRIFFIN, TORPY and LAWSON, JJ., concur.